# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED

|  |  |
|---|---|
| United States of America<br>vs.<br>Riyadh Nagi | Case No. 04-CR-5086 AWI |

2005 JUL -1  P 4:20
CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY _____ DEPUTY

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Riyadh Nagi_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Changing the travel restriction to read:

> Your travel is restricted to the Western District of New York, Eastern District of California, and Eastern District of Michigan unless otherwise approved in advance by the Pretrial Services Officer.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-27-05        _____  6-28-05
Signature of Defendant    Date           Pretrial Services Officer   Date
Riyadh Nagi                                Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                    7/1/05
Signature of Assistant United States Attorney    Date
Karen Escobar

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    6/28/05
Signature of Defense Counsel              Date
Marc Ament

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on  July 1, 2005.
[ ] The above modification of conditions of release is *not* ordered.

_____                    July 1, 2005
Signature of Judicial Officer             Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services